UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF BOSTON

FILED
IN CLERKS OFFICE

2021 FEB 18  AM 11: 13

U.S. DISTRICT COURT
DISTRICT OF MASS.

Steven L. Smith,
    Plaintiff

vs

Detective Meredith K. Lobur
(Of Providicetown Police dept.)
Chief of Provincetown Police
William Golden
TOWN MANAGER OF THE
TOWNSHIP OF PROVINCETOWN
(All In both Individual and
  official capacities)

)
)
)
)
)
)
)
)
)
)
)
)
)

Docket NO:

_____

Date:

February 12, 2021

## Civil Complaint

(Please apply Applicable laws giving plaintiff leave to pursue A Violation of his Constitutional And DUE Process Rights of Liberty by Members of the Provincetown police dept.)

1) The plaintiff is A Pre-Trial detainee at Barnstable County Jail, 6000 Sheriffs Place, Buzzards Bay, 02542

2) The defendants are sworn officers of the Township of Provincetown, Mass. The police station is located at 26 Shankpainter Rd, Provincetown, MA 02657

3) A Grievance was Not filed Althagh Written Complaints to the Chief of Police went unanswered over 1 year.

Smith vs Det. Meredith Lobur                              Page 2

4) The plaintiff has A recent pending Civil Action:
Dockett # 20-30173-KAR IT INVOLVES A COMPLAINT
AGAINST C.O. BYRNES FOR A P.R.E.A. AND RETALIATION All
Substantiated by An Internal Affairs Investigation Report
conducted by Worcester Jail's I.A.I officer Christopher
Lennon... ERGO, ITS A NON-FRIVOLOUS COMPLAINT. Further-
More I would Not have endured this type of SEXUAL
abuse and harassment if Not for Detective Lobur's
Actions which I intend to document hencee forth.
5) Plaintiff also filed A Non-frivolous Civil Action
about the IRS STIMULUS FUNDS WHICH HAS BEEN
RESOLVED SATISFACTORILLY TO MYSELF AND ON
BEHALF OF THE INMATES I FILED FOR.

<u>STAtement of Claim</u>

6) Detective Meredith K. Lobur, lead detective with The
Provincetown Police dept. with over 8 years of
experience And extensive training in the fields of
Criminal Investigation was dispatched to iNvestigate
A 911 call complaint made by 15 year old (3 weeks
shy of 16) Connor "Conman" Peterson that the plaintiff's
mouth had been on his penis when he awoke inside
plaintiff's vehicle... ON 7-5-2018 Apx 3 AM.
7) The plaintiff was taken to the Provincetown Police
dept and placed into A holding cell.
8) Plaintiff's <u>Numerous Requests</u> to be Interviewed

Smith vs. Detective Lobur                                    Page 3

were completely ignored. This incident happened on July 5, 2018. Recently, as of 2-1-21, Its come to light that Det. Lobur claimed Plaintiff was Mirandized, twice, yet There's NO signed Miranda card, and NO Report, Video, or Anything to show I was spoken to or given such opportunity... I Never was Spoken to!!

9) Wherefore, Plaintiff was given A 20,000 Bond and taken to Barnstable County Jail based entirely on the claims, UNSUBSTANTIATED CLAIMS OF A 15 YEAR OLD BOY.

10) Yet, Detective Lobur did Interview him... And she intentionally Avoided Questioning or investigating any of The many statements he made That were blatantly False... Because she didn't want to jeopardize her Arrest of the plaintiff... And deprive him of Liberty!!

         For Instance!                        "

11) Connor Peterson told Det. Lobur That he kept A Weapon Underneath his pillow just in case... " i.e. That Plaintiff would "try" something! To this comment, Det. Lobur said "Let's BACK UP." She Never Returned to address This serious issue. She Never asked him what type of Weapon or why he didn't use it! (Please See EXHIBITS INTERVIEW PAGE #6)

12) Connor Peterson said he had Received A Voice Mail from Plaintiff after calling 911. Det. Lobur asked to see it in his phone. She Noticed, That Connor had Me labeled, in his phone, As "MY KIDNAPPER" SHE ASKED HIM WHAT'S THIS ABOUT? CONNOR SAID, "I PUT

SMITH VS LOBUR                                    Page 4

There as I was making mean jokes with my friend Christian Pearce about him. Det Lobur asked him for his friend's phone number. Initially Connor tried to claim he didn't know it... But spit it out. (See Exhibit INTERVIEW PAGE # 71) It's 518-448-2356.

13) Det. Lobur did NOT call the 518-448-2356 phone Number to question Christian Pearce yet a "Victim" Alleged Child Rape yet has me labeled "My Kidnapper" In his phone surely must give a seasoned detective cause for alarm... Sure enough, if she had called that Number, she would have learned Christian Pearce, his friend from New York and classmate — was, in fact, in PROVINCETOWN AND THEY HAD MET UP EARLIER IN THE DAY! In a clandestine Rendevouz !!!

14) Furthermore, Connor called him while still At The police station at 5 AM BUT I would Not learn this fact — or others — for 2 years ≠ Because Det. Lobur encrypted his phone dump disc. ONLY TO Prevent me from discovering he had illegally destroyed Numerous Records in his phone and what Remained was extremely exculpatory.

15) Without Any further discussion Regarding Lobur's Investigatory failures... Its lets just say... She did Not investigate with an "Unbiased eye"... She turned A blind eye to every exculpatory factor and as previously stated, did Nothing to jeopardise her Arrest of the plaintiff with TOTAL DISREGARD For

SMITH VS LOBUR                                    Page 5

HIS LIBERTY, PROPERTY, AND HAPPINESS.

15) Detective Lobur then proceeded to deprive Plaintiff of his liberty by withholding exculpatory evidence and succeeded in doing so for more than 2 years....

(A) On July 18, 2018 Det. Lobur sent N.Y.S.P TIMOTHY CRONIN AN EMAIL (SEE EXHIBIT A) "I seized The suspects phone, but upon Review of texts, can you pick up Camar Peterson's phone?"

(B) On July 30, 2018 Det. Lobur sent N.Y.S.P Timothy Cronin an EMAIL (SEE EXHIBIT B) "I recieved The phone."
                                              (EX 89)
(C) Inventory Sheet for phone Provincetown Police dept.

(D) Incident Detail Report (EXHIBIT D) Proving That defendant Lobur Received A full phone extraction of Camar Peterson's phone on 8-8-2018 There was NO Downloading or technological difficulties in performing The extraction!! Det. Lobur was also given back his phone along with the disc. of his phone's extraction.

(E) Detective Lobur Delivered a letter by hand on Oct 3, 2018 listing items of discovery given to A.D.A. Ben VAneria in Orleans District Court...

The Phone extractions, The Hospital Forms, And the Criminalistics Report— all in Det. Lobur's hands in Early August 2018 are Not listed on it!! In other words, Your Honor, Everything That was exculpatory to Plaintiff was excluded and withheld from The District Court Attorney. (See EXHIBIT #87) 2 pages.

SMITH VS Det. Lobur                                    Page 6

(F) Plaintiff went to District Court every 30 Days And each time the ADA Requested A continuance. On Nov 2nd, 2018 — 5 months into my arrest and incarceration, A.D.A Ben Vaneria argued that he was waiting on a 7-5-18 Hospital Report as well as Plaintiffs phone dump disc. (See EXHIBIT O — 4 pages — Probable Cause Hearing Minutes)(The Phone dumps were done by 8-9-18)

YOUR HONOR, CLEARLY, THIS SHOWS, Det. Lobur. intentionally And maliciously withheld all of the exculpatory evidence in my favor... Because The Criminalistic Report of 8-21-2018 and Hospital Report Form 2B (SEE EXHIBITS "H" And "I") EMPIRICALLY PROVE THAT I COULD NOT POSSIBLY HAVE ORALLY RAPED CONNOR Peterson whereas he called 911 immediately After Reporting he awoke with my mouth on his penis and was tested — 6 SWABS at his genital Region And Nothing Detected!!

ALSO BECAUSE, As I shall furthwith prove, Connor Peterson Not only illegally destroyed Records and evidence in his phone but there was numerous records he either didn't manage to delete or left to convince and manipulate claims... which do Nothing but show a consciousness of guilt.

AT ALL COSTS, DET. LOBUR, WORKED DILIGENTLY, MALICIOUSLY, AND INTENTIONALLY TO DEPRIVE MY LIBERTY TO WITHHOLD All EXCULPATORY EVIDENCE.

G) Det. Lobur then came before the Grand Jury on JANUARY 4, 2019 And committed Perjury, twice

SMITH VS LOBUR                                          Page 7

See Exhibits 88 ( Page 37 of Grand Jury Minutes)
And Exhibit 88 ( Page 43 of Grand Jury Minutes)
          AT Page 37 line # 7!
DA Patterson: "And the Messages Therein are Accurate as
far as they match what was Received from the
defendants phone; correct?"
Det. Lobur! Thats correct. They were for—— the phone was
forensically examined and These messages were down-
loaded by A forensic cell phone examiner."
          AT Grand Jury Minutes Page 43 line 14!
GRAND JUROR: That Exhibit is from whose phone?
DA. Patterson: That was Recovered from Mr. Smith's
phone.
Grand Juror: DID You SEE The MATching conversation
on Connor's phone or Not?
DET. LOBUR: Connor's phone was sent to Me and
downloaded and They are similar."
Mr. Patterson: FAir to say, Detective Lobur, There have
been some technological difficulties in examining All
of Connor's phone at This point?"
Det. Lobur : Correct.


     Your Honor, because of the above perjury committed
by Det. Lobur (as well as another instance in
which she assisted The DA Patterson mislead the
grand jury as to The DNA Evidence which I will
soon address) I was indicted And kept from the
exculpatory evidence that Connor Peterson's phone

SMITH US LOBUR                                    Page 8

Records did Not match and were Not at all "similar"
And furthermore, Det. Lobur, conspired To cover-up The
Alleged Victims crime of destroying evidence — all
exAcerbated by The exculpatory Records in his phone.
I see No cause to include all of the exculpatory
Records in his phone at this juncture.. I will save
it for Jury TRIAL on this Matter or if The Court
Request — I will present it. (It's Presented further on..")
        My assertion is clear And plain: If Det. Lobur
had been honest and forthcoming about These Things
I would Not have had to fire Four Attorneys
And wAit over 2 years to find out These Truths.. IT
TOOK A 5,000 forensic phone expert hired on my
behalf by The Commonwealth, to prove what Det. Lobur
already knew since August 2018!!

        (H) Mr. Bober, 9 MONTHs on my case, And he
finally Sends me a letter! Finally, he asks The DA
PAtterson for A copy of my alleged Victim's phone
Records.. Here, I had two Attorneys before him..
All I asked to get CP's phone records printed out
And sent to me as I believe it will exonerate
me. None wAnted to do so.!! They All had CP's
phone dump disc but Det. Lobur had encrypted
it... So They couldn't open it to Review or print.
        (See Letter from Attorney Bober to DA PAtterson
Requesting copy of phone Records dated 9-8-2019 —
One year after Det. Lobur Received Phone Records!!)

SMITH VS LOBUR                                          Page 9

(I) Letter from Attorney Matthew J. Schmitt, dated November 25, 2019 (EXHIBIT 3!) Informing me that the alleged victim's phone disc has NOT been printed because the Falmouth printer cannot open the file."

(J) Letter from ATTORNEY MATTHEW J. Schmitt, dated Dec 19, 2019, (EXHIBIT 83) TO ADA. MICHAEL Patterson "HAVE you MADE PROGRESS Getting that "DRIVER SOFTWARE" From the Police? Kindly Advise. I will gladly drive to your office and pick-up The phone download when you have it."

(K) Letter from ATTorney Matthew J. Schmitt, dated January 3, 2020 to ADA Patterson: "Regardless of the representation issue... Mr. Smith is still Awaiting the Necessary software to open the alleged victims phone extraction. Hopefully we will have that for January 17 so that can be printed... Could you Kindly ask that the Necessary software be provided?"

D) Your Honor, These Letters clearly indicate that Det Lobur encrypted Connor Peterson's phone dump disc And diligently worked to maliciously prevent me from all the exculpatory information I have already documented!

L) I wrote to the Barnstable Bureau of Criminal Investigations that did the phone extraction in August 2018 And provided it to Det. Lobur to ascertain if they encrypt discs prior to their

SMITH VS LOBUR                                    Page 10

Delivering it to police. I Recieved The B.C.I.'s
Digital Evidence Analysis Manual from Donna Buckley,
ESQ (See Exhibit X) Letter from Office of The Sheriff
Barnstable County — Upon Review of said Manual, The
B.C.I does NOT encrypt discs. All it does is Make
Them protected from Alteration. I can provide The
Court and/or Jury with A copy of said Manual.

(M) I FINALLY GOT My LATEST ATTORNEY, MR.
RYAN J. MATTHEWS TO FILE A MOTION FOR A
PHONE EXPERT. INITIALLY, ADA PATTERSON Claimed
That Det. Lobur had Returned Connar Petersons phone
to him. Only After my Attorney filed MOTIONS TO
Request A 5,000 Allotment for a phone expert and
And Affidavit That Connar had deleted messages,
Did we learn That Det. Lobur was, in fact, in
possession of the phone. (See Exhibits 71, 70, 89
AND INVENTORY SHEET OF PROVINCETOWN Police Dept
OR/ CHAIN OF CUSTODY OF CP'S phone.) Exhibit

(N) ON August 12, 2020, APPROXIMATELY TWO YEARS
TO THE DATE OF AUGUST 9, 2018, When The B.C.I
Delivered A forensics extraction of Connar's phone to
Lobur, plaintiff's own forensics expert delivered A
full extraction And Report Verifying And documenting
over 264 Deletions (See EXHIBIT 100 — 3 PAGES—
EXTRACTION Report by expert Steven R. Verroneau)
To the Plaintiff.

YOUR HONOR, JURY, IT CANNOT BE MORE
CLEAR, DET. LOBUR DEPRIVED ME OF MY LIBERTY

SMITH VS LOBUR                                    Page 11

By withholding, concealing, And commission of outright perjury the extremely exculpatory evidence That's contained and not contained in CP's phone extraction... Only Recently was he appointed an Attorney for committing the Crime of destroying evidence and offered opportunity to plead The 5th. And The phone expert determined he was utilizing both SNAPChat and FAcebook to communicate during our time together... And he's been Refusing A Court issued subpoenae for 4 months — And counting — to provide his login information. I have, Also, Mr. Matthews Motions against Facebook And SNAPChat for Not complying to its Subpoenaes.

(O) I includes as exhibits, Texts between my Attorney And District ATTORNEY PATTERSON (SEE EXHIBITS Z AN 22)  From Att. Matthews to ADA:

  "First the phone extraction was withheld from my client for months without explanation. When it was finally provided, The extraction was encrypted And inaccessible without software."

  "Second, The grand jury was misled With Regard to both The text messages and The DNA Testing."

  "Lobur either told you or wrote to you That she had The phone the whole time."

(P) FINALLY, MY own ATTORNEY ACTUALLY WROTE TO THE PROVINCETOWN POLICE RECORDS KEEPER REQUESTING ANY INFORMATION ABOUT DET. LOBUR's PRIOR history

Smith vs Lobur                                          Page 12

of corrupt Actions or complaints etc.,

(SEE EXHIBITS Letter to Police)

Your Honor, THERE is NO DOUBT WHATSOEVER
THAT DET. LOBUR INTENTIONALLY, MALICIOUSLY, AND
DILIGENTLY COMMITTED PERJURY, TWICE, AND ALSO
CONSPIRED WITH THE ALLEGED VICTIM TO CONCEAL HIS
CRIMINAL ACTION OF DESTROYING EVIDENCE.. AND TO
PREVENT PLAINTIFF FROM EXCULPATORY RECORDS IN HIS
PHONE... (WHICH I WILL Delve, briefly, into.)

16) Det. Lobur Also Violated my Rights when she
conspired with the Commonwealth to mislead the
grand jury as to the DNA evidence:

(A) Please Review Grand Jury Minutes (Exhibit 28)
Page 44 lines 15-25: (Held January 4, 2019)
(EXCHANGE AT GRAND JURY:

Patterson: And swabs were taken of his (Conner
Peterson) genital Region?

Det. Lobur: Yes.

Patterson:   And with respect to the swabbing of
Conner's genital Region, fair to say There was
No detection of sperm cells or seminal fluid?

Det. Lobur: No.


(B) YOUR HONOR, THE ABOVE DIALOGUE IS EXTREMELY
MISLEADING!! PLEASE SEE THE CRIMINALISTICS
REPORT OF AUGUST 21, 2018 AND HOSPITAL REPORT
FORM 2B (EXHIBITS "H & I") The C.R Report shows
that 6 BUCCAL SWABS OF CONNOR'S GENITAL Region

Smith vs Lobur                                    Page 13

WERE TAKEN AND SENT TO A LAB. THE LAB TESTED
FOR SEMEN, SEMINAL FLUID AND SALIVA.

However, Patterson failed to mention The FACT
That NO SALIVA WAS DETECTED. AND DET. LOBUR,
SERVING AS "HIS" DNA EXPERT DID NOT CORRECT
THE BLATANT AND BRAZEN MALICIOUS ERROR. Here,
Plaintiff is Accused of Child (Oral) Rape. The only
significant factor — given he told Det. Lobur he
didn't ejaculate — was The SALIVA!

(C) Furthermore, Although The ADA argued That
The Superior Court DA's office — Mr. Patterson — was
waiting on A Hospital Report (see Probable Cause
Minutes EXHIBIT O (4 Pages) IT WAS Never Presented!

"It's A situation where The Superior court ADA
handling the matter was just waiting on A few loose
ends... One of Those item's was The victim's Cape Cod
hospital Records."

        AND

"The Superior Court ADA is awaiting The results
of A phone dump."

        YOUR HONOR—

The Hospital Report Form 2B WAS Never mentioned
At the Grand Jury or presented!! (See EXHIBITS #4
FORM 2B KIT NUMBER 51207) This Report shows That
Connor Peterson told the Nurse he had Not showered,
bathed, or washed off since the Alleged Incident.

    YOUR Honor AND JURY, IN ORDER TO QUALIFY
THE EXAM RESULTS, SURELY, YOU WOULD NEED TO

SMITH VS LOBUR                                    Page 14

KNOW whether or NOT Connor had washed, showered
or bathed prior to the SWABBING of his Genital
Region! This exculpatory evidence Lobur And ADA
PATTERSON EXCLUDED INTENTIONALLY!!

17)    I ASSERT THAT EVERY PIECE OF
       EXCULPATORY EVIDENCE WAS EITHER
       WITHHELD OR MISREPRESENTED BY
       DET. LOBUR AND ADA PATTERSON.
            (A) My case might NOT have gone to the
Superior court if Det. Lobur had turned over
The exculpatory evidence to the District ADA
Ben Vaneria. At Best, I would have been charged
With Assault of A person over 14 as DNA
cannot prove or disprove whether or NOT "I
touched her dick." I DID NO SUCH THING!!
            (B) And There's A text in his phone, to his
girl friend...
Girl:     " Why are you at the police station?"
Connor:   " He... touched my dick."
Girl:     " Is That all."
Connor:   " Yes..."
       (SEE EXHIBIT AA — CONNOR's Texts Page 774
# 2675, 2676, 2677, 2679, 2680)


18) ERGO, DET. LOBUR KNEW IN AUGUST 2018, CONNOR
    PETERSON TOLD HIS GIRLFRIEND A TOTALLY DIFFERENT
    STORY WHILE STILL IN The Police Station!! LOBUR
    FAILED TO MENTION IT AT ANY TIME!!

SMITH VS LOBUR                                              Page 15

19) I think I will present some of the exculpatory texts in Connor's phone records that Det. Lobur did not want me to discover:

YOUR HONOR, Please Recall, Conor told Det. Lobur he didn't think he knew Christian Pearce's phone number, his friend that he blamed on for labeling me in his phone as "My Kidnapper" (See EXHIBIT PAGE 71 EX 49)

However, Connor's Text Records Reveal:

(A) Connor called Christian Pearce at 5 AM on 7-5-18, presumably during a break in Lobur's Interview!! (See EXHIBIT BB, Connor's TEXTS Page 772 # 2638 and 2639— He spoke to him for 39 sec.)

(B) Connor calls Detective M (For Lobur) at 2:37 on 7-7-2018 and talks for 40 sec. He Then calls Pearce Christian at 3:24 on 7-7-2018 (Text page 795, # 3017, 3018, and 3019 (See EXHIBIT CCC)

(C) Connor calls District of MASS at 8:52 on 7-9-2018 and talks for 4:40 minutes. He Then calls Christian Pearce, twice, at 8:58 and 9:05, on the same date!! (See Exhibit DDD~ Text Page 803 at #'s 3150, 3151, 3155, 3156, 3159, and 3160

(D) Connor calls Pearce at 5:36$^{pm}$ on 7-12-2018 Then he calls Dectective M at 6:07 pm 7-12-2018 Then he calls Pearce, again, at 6:12 pm 7-12-2018 All on 7-12-18 (See EXHIBIT EEE — TEXT PAge 821, #'s 3470, 3471— 3474)

SMITH VS LOBUR                                    Page 16

YOUR HONOR, Clearly, DET. LOBUR MUST HAVE
SEEN THESE RECORDS IN CONNOR'S PHONE OR SHOULD
HAVE LOOKED GIVEN HE HAD BLAMED PEARCE FOR
LABELING ME IN HIS PHONE AS "MY KIDNAPPER", AND
OBVIOUSLY... HE KNEW HIS NUMBER... AND WAS UP TO
NO GOOD... THESE KIDS PLOTTED AGAINST ME... I'M
CERTAIN CONNOR PLANNED TO CLAIM I HAD EITHER
RAPED OR KIDNAPPED HIM TO PEARCE'S PARENTS, ALSO
IN TOWN FOR THE 4TH, AND GET ON HIS "BOYS" VACAT-
ION! LOBUR DID NOT INVESTIGATE PEARCE!
20) CONNOR Peterson has obvious psych issues!!
    In an exchange with his friend Jaidan, he
advises her to "KILL YOUR DAD AND BE HAPPY FOR
YOUR MOM" HE Deleted These Messages! But The
phone expert Recovered Them. So he meant it.
(See EXHIBIT F Text Page 757, #s 2390-2393)


21) Part of Connor's Motive to make false Allegations is
he knew I intended to have my dog examined to see
how the lumps on his hind got there! I WAS sure
he caused The injury given I'd caught him abusing
my dog, twice, on July 4Th. 2018. First, yanking
my IRISH POO's Leash — A 7.8lb dog — And Then,
Later, carrying him by The Neck!! He TOLD Det Lobur
during The Interview we argued over The dog because
I called Teddy "DUMB" And "Treated him like an
Asshole" Although asked he was unable to provide

SMITH VS LOBUR                                    Page 17

Specifics... He claimed, because of this, he didn't want to stay to see the Fireworks!! A 15 year old boy 3 weeks shy of 16!! Really?? No. The TRUTH is that he hurt and abused my dog!! There were NO Lumps on him when we left N.Y. AND I'd had him examined by Johnstown Vets on 6-30-18 And there were NO lumps!!

Det. Lobur did learn, prior to the Grand jury, of my claims above... Yet... she failed to Review The Numerous texts in his phone, about my dog, while he sat inside the police station — Clearly showing his Consciousness of guilt!! Or IGNORED THEM!

Please Review His Texts (EXHIBIT PP) Page 781 #'s 2278 — 3000) FROM CONNOR TO GIRL!

(A) "I'm so depressed, I want to take the dog And make him pay."

(B) "I told her he is A picky eater And didn't drink much water And wasn't really potty trained"

(C) "So he needed to see The vet so I told her to send me The bill I'll pay it"

(D) "BC That dog costs so much to me right now"

(E) "Well he's the greatest fucking dog he reminds me of Xander and he deserves every fucking Thing"

(F) "I hope I get that fucking dog."

20) Connor Robison Also told Det Lobur the lie that it brought him A Vaped (SS)

SMITH VS LOBUR                                    Page 18

(G) (SEE EXHIBIT Q — MORE TEXTS ABOUT MY DOG
TEXT PAGE 570 #s 224-236) More Texts to Girl:
      "And he deserves better"

(H)  But I'm Arguing with the lady That the man
      who did that to me shouldn't have that loving
      Animal."

(I) "Yeah, I'm not letting that ~~mean~~ fucking dog go
      with That man if he makes bail."

(J) "I wanted to take the dog but they won't let me
      do I'm fighting with the detective."

(L)  And Text Page 778 EXHIBIT K "I hope I get
      That fucking dog."
              ALL SENT ON 7-5-18!!

22) CONNOR ALSO LIED AND TOLD LOBUR DURING THE
INTERVIEW THAT I BOUGHT HIM A VAPE! (SEE EXHIBIT
50 — PAGE 50 INTERVIEW) CONNOR SAYS TO LOBUR!
      "I TOLD him, one, It was way TOO MUCH Money
two; My parents would kill Me, And Three.. I'm too
young to smoke Nicotine."
      "He Bought it for you? Ask Lobur.
      "Yes" Said Connor.
      "Have you used it?"
      "Yes.. It was Non-Nicotine I bought And I
used it... as... he kept looking At me..
      " OKAY.. Where else did you go?"


23) As USUAL, YOUR Honor, Det. Lobur changes The

SMITH VS LOBUR                                    Page 19

Subject whenever she should have pressed This Kid's obvious mendacity... First, he says its Nicotine—Then NOT— And uses The old standard... He looked at me Reason as to why he smoked it!!! Absurd!

Yet, YOUR HONOR, surely Detective Lobur MUST have seen his Phone Records in August 2018 AND NOTICED ONE OF HIS LAST TEXTS RECEIVED BY HIS AUNT KAYLA on 7-16-2018... (July 16th was my 57th Birthday— spent in Barnstable Jail as A Child Rapist AND Terrorized Accordingly—) Some 11 days after my arrest... And here's The Message from Aunt Kayla!

(A) "IF you took the silver vape please give it back to Marcus. He doesn't care if you use it but you don't need to lie. So just give it back No one is mad." (SEE EXHIBIT 60)

B) Connor Also has Numerous Web Searches in his Phone for Vapes! (See EXHIBIT #101) Text Page 733 #s 1992—2006)

C) Connor Also frequently and illegally Views Porn Sites such As PornHub! YOUNG AND MATURE LESBIANS HAVE STRAPON — AND MANY, MANY, MANY MORE— Going BACK FROM WHEN HE OWNED Phone to Present. As Well AS WELL AS MORE VAPE SEARCHES! (See EX102 Page 749 #s 2261—2271)

24) YOUR HONOR, CONNOR PETERSON'S PHONE RECORDS PROVE THAT HE'S A PATHOLOGICAL LIAR, STEALS FROM

SMITH VS LOBUR                                    Page 20

His Family, Smokes and downloads porno online, as well as a site called CHATURBATE, and has an obvious consciousness of guilt in hurting and abusing my dog given ALL those texts about TEDDY — yet he never mentions my dog by name, has no pics of my dog in his phone and other than these texts to his girl while still in the police station — SUPPOSEDLY AFTER BEING RAPED — he never exchanged ANY texts about my dog before or afterwards... very odd, if he's the greatest fucking dog in the world that deserves every fucking thing!! You'd think he'd Text all his friends and take pictures — NO???

24) Your Honor, it is clear as day, I would not be sitting in jail going on 2 years — IF Det. LOBUR had not violated my civil rights by failing to keep her oath as an officer with the Provincetown Police Dept. I blame her supervisors and the township for letting her loose like a RABID PITBULL to sic on citizens... She committed PERJURY, TWICE, at the Grand Jury... and conspired to conceal Connor's crime of destroying evidence that I've cited which is highly exculpatory... She worked with DA PATTERSON to perform a MENDACIOUS "MAGIC" show in which they made the exculpatory evidence "disappear" right in front of the Grand Jury!!

25/ The Constitution of the United States Grants me certain Inalienable Rights such as Liberty... Yes,

SMITH VS LOBUR                                    Page 21

I Am affored the right of counsel... However, its well
Known court appointed Attorneys will not go after the
police And District Attorney's to the point of Perjory...
It took 2 years to gain Conni's phone records... As None
of my Attorneys wanted to press the police for the
driver software... I could Add further evidence to fully
document the ineffective Assistance of cansel I've
had... But the proof is in the fact I remain in jail
Despite All that I've presented here!!

     And this Action is to hold Ret. Lobur Accountable
for her Actions As well as the town of Provincetown
And Chief of Police. (MY LAWYER MADE WEAK ARGUMENTS!

          REDRESS     (SEE DRAFT EXHIBITS)
26) I DEMAND A TRIAL BY JURY.
27) I SEEK 400.00 PER DAY OF INCARCERATION
     IN COMPENSATORY DAMAGES. FROM 7-5-18 ———
28) I SEEK ONE MILLION DOLLARS IN PUNITIVE
     DAMAGES.

                         Respectfully Submitted,
                              Steve
February 12, 2021

                    Steven L Smith, Pro Se
                    Barnstable County Jail
                    6000 Sheriff's Place
                    Buzzard Bay, MA 02542